IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. O'BRIEN, III,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| DEPARTMENT OF JUSTICE ,<br>　　　　Defendant. | NO.  20-0092 |

### O R D E R

**AND NOW**, this 8th day of July, 2022, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 36), Defendant's Motion for Summary Judgment (ECF No. 42), Plaintiff's Response to Government's Summary Judgment (ECF No. 48), Defendant's Combined Response in Opposition to Plaintiff's Motion for Summary Judgment and Reply in Support of Defendant's Summary Judgment Motion (ECF No. 52), Plaintiff's Reply in Support of Plaintiff's Summary Judgment Motion (ECF No. 53), Defendant's Supplemental Brief (ECF No. 61), Plaintiff's Response Brief to Defendant's Supplemental Brief (ECF No. 62), and supporting documents in the record, it is **ORDERED THAT** Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**.  The Clerk of Court **SHALL TERMINATE** this case and mark it as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**